IRVING I. BECKLER, Respondent, v. NASH NORTH PARK COMPANY, INCORPORATED, Appellant.— Motion to dismiss appeal denied.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LEONORA BERNARDO, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant. — Appeal dismissed unless appellant shall file and serve printed records and printed briefs by August fifteenth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EMMETT RUPERT, Respondent, v. LEON J. LEVIKER, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by August fifteenth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ANTONIO D'URBANO, Appellant, v. ALFONSO PETROSSI COMPANY, INCORPORATED, and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JESSIE WISER, Respondent, v. VAN DYKE TRANSFER COMPANY, INCORPORATED, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by September first.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LYDIA YURENAS, Respondent, v. NAPOLEON YURENAS and Another, Appellants.— Motion for stay pending appeal denied.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

RAYMOND G. WEICK, Appellant, v. COUNTY OF ERIE and Others, Respondents. — Motion for stay pending appeal denied.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME E. LEWIS, Appellant.— Motion to vacate order of dismissal and to restore appeal to calendar granted, upon condition that the appellant shall file and serve the printed papers and printed briefs on appeal by September first.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of HENRY C. PRICE, an Attorney and Counselor at Law.— The motion for an open commission to take testimony in Indianapolis is granted, but in other respects the motion is denied.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of FRED W. THOMAS, an Attorney and Counselor at Law.— Hon. Nathaniel Foote, official referee, is appointed as referee in the proceeding, in place of Hon. Charles B. Wheeler, official referee, who is disqualified to act as referee in the proceeding.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LILLIAN LAPIDES, an Infant, by REBECCA LAPIDES, Her Guardian ad Litem, Respondent, v. MARY SPENCER, Appellant.— Appeal dismissed unless appellant shall file and serve printed record and printed briefs by August fifteenth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PHILIP LAPIDES, Respondent, v. MARY SPENCER, Appellant.— Appeal dismissed unless appellant shall file and serve printed record and printed briefs by August fifteenth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Property of JOHN KANE, Deceased, Subject to Taxation under the Taxable Transfer Act, Chapter 60, Article 10, Consolidated Laws.— Order modified and as modified affirmed, without costs of this appeal to either party.   All concur.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.